DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

MAR 2'10AM10:03 USBCEW

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
ESPINOZA, ENRIQUE

Case No. 08-04619-FLK13

Debtor

### TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $1.47, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| ESPINOZA, ENRIQUE | 917 SO. 16TH STREET<br>SUNNYSIDE, WA<br>98944 | $1.47 |

Dated: February 25, 2010

*signature*
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 487401    3-2-10    #1.47